```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS
```

JAMES JACKS,
    Plaintiff,

    v.                                           CIVIL ACTION NO.
                                                  14-13072-MBB

LUIS SPENCER, THOMAS
DICKAUT, JAMES SABA,
CAROL LAWTON and DENISE
McDONOUGH,
    Defendants.

**FINAL JUDGMENT**

**May 6, 2016**

**BOWLER, U.S.M.J.**

    The issues having been duly heard and decisions rendered by this court, it is **ORDERED** and **ADJUDGED** that plaintiff James Jacks take nothing and that this action be dismissed on the merits.

                                      /s/ Marianne B. Bowler
                                      **MARIANNE B. BOWLER**
                                      United States Magistrate Judge